UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POPPY CLEMONS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL ACTION NO. 3:21-CV-00456<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 5th day of August, 2022, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Commissioner's decision to deny Plaintiff Poppy Clemons benefits under Title II and Title XVI of the Social Security Act (*see* Doc. 1, at 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Clemons; and

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**